IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT KEEFER,

      Appellant,

v.

CITY OF DEERFIELD BEACH,
BROWARD COUNTY SHERIFF
D/B/A DEERFIELD BEACH
FIRE RESCUE, ASCENSION
BENEFITS & INSURANCE
SOLUTIONS AND
GALLAGHER BASSETT
SERVICES,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4100

Opinion filed December 15, 2016.

An appeal from an order of the Judge of Compensation Claims.
Geraldine B. Hogan, Judge.

Dates of Accidents: February 14, 2009, September 29, 2011, December 8, 2013.

Jeffrey M. Friedman, West Palm Beach, for Appellant.

David Goehl of Martinez Roman Goehl, P.A., Miami Lakes, and Marybell Rajo of Pyszka, Blackmon, Levy, Kelley & Rajo, Fort Lauderdale, for Appellees.

PER CURIAM.

      AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.